THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

DEC 1 2 2019

December 12, 2019

*Via* ECF

SO ORDERED: 12/12/19

/s/ Alison J. Nathan
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

The Honorable Alison J. Nathan
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Luis Caba Batista*, 18 Cr. 526 (AJN)

Dear Judge Nathan:

I write, with the government's consent, to request an adjournment of Mr. Caba Batista's sentencing proceeding to the morning of either January 9 or 10, 2020.

I request this final short adjournment in order to finalize my sentencing memo and translations of letters received from family and meet with Mr. Caba Bastista in the Westchester County Jail in Valhalla, NY, where he was moved after pleading guilty.

Accordingly, I respectfully request that Mr. Caba Batista's sentencing be adjourned to the morning of January 9 or 10, 2020. Thank you.

Respectfully submitted,

/s/

César de Castro

cc:   Michael Krouse
      Adam Hobson
      *Assistant United States Attorneys* (*via* ECF)

> The sentencing scheduled for December 19, 2019 is hereby adjourned to January 9, 2020 at 11 a.m. Pursuant to the Court's Individual Practices in Criminal Cases, sentencing submissions from the Defendant are due one week prior to sentencing. The Government's submission is due three days prior to sentencing.
> SO ORDERED.